# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CORETEK LICENSING LLC,**<br><br>        Plaintiff,<br><br>v.<br><br>**TEAMVIEWER US, INC.,**<br><br>        Defendant. | Civil Action No.: 1:20-cv-00875-MN<br><br>**TRIAL BY JURY DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes Plaintiff Coretek Licensing LLC, by and through its counsel, and pursuant to Fed. R. Civ. P. 41 (a)(1), hereby voluntarily dismisses all of the claims asserted against Defendant Teamviewer US, Inc. in the within action, WITH PREJUDICE. Teamviewer US, Inc. has not served an answer or a motion for summary judgment.

Dated: September 10, 2020

Of Counsel:

Andrew S. Curfman (*pro hac vice*)
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Fax: (330) 244-1173
andrew.curfman@sswip.com

Respectfully submitted,

CHONG LAW FIRM PA

*/s/Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (877) 796-4627
Email: chong@chonglawfirm.com

ATTORNEY FOR PLAINTIFF

SO ORDERED this \_\_\_10th\_\_\_ day of \_\_\_\_\_September_____, 2020

_____
The Honorable Maryellen Noreika
United States District Judge